# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARKANESKI BRANDON SCOTT

NO. 2022 KW 0547

**AUGUST 12, 2022**

---

In Re:   Warkaneski Brandon Scott, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 693,109.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

 **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, state's answer to his application for postconviction relief, if any, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT